FILED
04/10/2024
Amy McGhee
CLERK
Missoula County District Court
STATE OF MONTANA
By: Emily Ahern
DV-32-2023-0000536-BF
Deschamps, Robert L III
11.00

Hon. Shane Vannatta
Missoula County District Court

# MONTANA FOURTH JUDICIAL DISTRICT COURT, MISSOULA COUNTY

| | |
|---|---|
| JOE FULFORD d/b/a FULFORD HOMES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TOBY HANSEN AGENCY, INC. and NAUTILUS INSURANCE GROUP<br><br>Defendants. | Dept. No. Vannatta<br>Cause No. DV-32-2023-0000536-BF<br><br>**ORDER TO DISMISS TOBY HANSEN AGENCY, INC. and REMOVE THE DEFENDANT FROM THE CAPTION** |

Upon review of the Plaintiff's unopposed motion to dismiss TOBY HANSEN AGENCY, INC. and good cause appearing,

IT IS HEREBY ORDERED:

The Defendant TOBY HANSEN AGENCY, INC. is DISMISSED from this matter and the caption shall henceforth be amended to remove TOBY HANSEN AGENCY, INC.

*Electronically Signed and Dated Below.*

Electronically Signed By:
Hon. Judge Robert L. Deschamps, III
Wed, Apr 10 2024 11:34:43 AM

ORDER.  1