IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOE FULFORD d/b/a FULFORD HOMES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NAUTILUS INSURANCE GROUP,<br><br>Defendant. | CV 24–46–M–DLC<br><br><br>ORDER |

The parties have filed a Stipulation for Dismissal with prejudice in this matter. (Doc. 24.)

Accordingly, IT IS ORDERED that this matter is DISMISSED with prejudice, with each party to pay their own costs and attorney fees.

The Clerk of Court is directed to close this case.

DATED this 15th day of November, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

- 1 -